## DOLORES MARRERO

*v.*

## SAN JUAN LIGHT & TRANSIT COMPANY.

---

San Juan, Law, No. 392.

An electric light company is not liable for damages occasioned by an

Marrero v. San Juan Light & T. Co.

unavoidable accident caused by the breaking of its wires, which had been inspected within a reasonable time before the accident, and from which the current was cut off as soon as the grounding of the broken wires informed the power house of their breaking. This is especially so when deceased, in order to get to where the broken wire was, left the public road and went through a fence into a cocoanut grove which was not a public place.

Case tried August 10, 1907.

*Mr. Jacinto Texidor* and *Mr. C. Coll y Cuchi,* attorneys for plaintiff.

*Mr. Henry F. Hord,* attorney for defendant.

Rodey, Judge, delivered the following opinion:

This was a suit by plaintiff, as the mother of deceased, claiming damages under a local statute from defendant in the sum of $10,000 for, as she alleged, negligently causing the death of her son, upon whom she was dependent. By agreement of parties a jury was waived and the evidence was heard by, and the cause submitted to, the court alone. The facts developed were:

Defendant is the owner and operator of an electric light plant in Santurce, near San Juan, Porto Rico. It had cleared a space for its poles and power lines along the edge of a cocoanut grove, from its plant to the inhabited portion of Santurce. This space ran along a street, but separated from it by the drain and fence that borders the street. The poles carrying the power wires were erected along the edge of the cocoanut grove, and the branches of the cocoanut trees had been clipped off, so that

none of them or the fruit of the trees could fall on or interfere with the wires.

On the night in question, either on account of the storm which had prevailed, or for some other unknown reason, one of the power wires, all of which had been inspected the previous day, and found to be in apparently good order, broke and fell to the vacant ground beneath. This fact was almost immediately noticed at the plant, some few hundreds yards away, and the current turned off, and a man sent out to find and mend the break. The evidence was that deceased and some other young men came down the street, and, evidently hearing the sizzling of the broken wire, deceased crossed the street and went through the fence at a place where it was out of repair, but where no public road or pathway existed, and came in contact with the live wire, which instantly electrocuted him.

On this state of facts RODEY, J., found for the defendant.